JUN-9-2011   13:57   FROM:FRAME AND FRAME      4104377421         TO:14102447742            P.2/3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| VR HOLDINGS, INC., | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. 1:11-CV-01024-RDB |
| MARSHALL & ILSLEY TRUST COMPANY, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   *   *   *   *   *   *   *   *   *   *   *   *

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff VR Holdings, Inc. ("VRH") and Defendants Marshall & Ilsley Trust Company N.A. and Venable LLP, acting by and through their respective counsel, hereby stipulate and agree as follows:

1. That the above-captioned civil action, including all claims made or that could have been made by VRH for itself or as an assignee in the Complaint or in the Amended Complaint attached as Exhibit 1 to Plaintiff's Motion to Remand (ECF No. 18), against either defendant, or each defendant's respective successors, partners, employees, assignees, or agents, in this litigation are hereby dismissed with prejudice; provided that this dismissal shall not affect any claim pending as of June 7, 2011 against any existing named defendant in the case entitled *MML, Inc. and Morton M. Lapides v. Cerberus Capital Management, L.P. and Madeleine, LLC*, et al., originally filed in the Circuit Court for Cook County, Illinois under Case No. 09 L 004607, and appealed to the Appellate Court of Illinois, First Judicial District, under Appeal No. 1-10-1793; and

2. That all motions for sanctions filed or served in the above-referenced civil action by Defendants are hereby withdrawn.

| | |
|---|---|
| /s/ Tara K. Frame<br>Tara K. Frame (Bar No. 23522)<br>165H Log Canoe Circle<br>Stevensville, Maryland 21666<br>(410) 643-2202<br>*Attorney for Plaintiff* | /s/ Andrew Nicely<br>Andrew A. Nicely (Bar No. 14727)<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 263-3000<br>*Attorneys for Defendant Marshall & Ilsley Trust Company, N.A.* |
| /s/ Barry L. Dahne /TF<br>Barry L. Dahne (Bar No. 29624)<br>165H Log Canoe Circle<br>Stevensville, Maryland 21666<br>(443) 527-9111<br>*Attorney for Plaintiff* | /s/ Andrew Gendron<br>G. Stewart Webb, Jr. (Bar No. 00828)<br>Andrew Gendron (Bar No. 05111)<br>Venable LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>(410) 244-7400<br>*Attorneys for Defendant Venable LLP* |

SO ORDERED, this _____ day of June, 2011.

_____
Richard D. Bennett
United States District Judge

BA2/418203.3