# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

VR HOLDINGS, INC.,

  Plaintiff

vs.      Civil Action No. 1:11-CV-01024-RDB

MARSHALL & ILSLEY TRUST COMPANY, et al.

  Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff VR Holdings, Inc. ("VRH") and Defendants Marshall & Ilsley Trust Company N.A. and Venable LLP, acting by and through their respective counsel, hereby stipulate and agree as follows:

1. That the above-captioned civil action, including all claims made or that could have been made by VRH for itself or as an assignee in the Complaint or in the Amended Complaint attached as Exhibit 1 to Plaintiff's Motion to Remand (ECF No. 18), against either defendant, or each defendant's respective successors, partners, employees, assignees, or agents, in this litigation are hereby dismissed with prejudice; provided that this dismissal shall not affect any claim pending as of June 7, 2011 against any existing named defendant in the case entitled *MML, Inc. and Morton M. Lapides v. Cerberus Capital Management, L.P. and Madeleine, LLC.* et al., originally filed in the Circuit Court for Cook County, Illinois under Case No. 09 L 004607, and appealed to the Appellate Court of Illinois, First Judicial District, under Appeal No. 1-10-1793; and

JUN-9-2011 13:58 FROM:FRAME AND FRAME     4104377421     TO:14102447742     P.3/3

2. That all motions for sanctions filed or served in the above-referenced civil action by Defendants are hereby withdrawn.

_____
Tara K. Frame (Bar No. 23522)
165H Log Canoe Circle
Stevensville, Maryland 21666
(410) 643-2202
*Attorney for Plaintiff*

_____
Andrew A. Nicely (Bar No. 14727)
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
*Attorneys for Defendant Marshall & Ilsley Trust Company, N.A.*

_____
Barry L. Dahne (Bar No. 29624)
165H Log Canoe Circle
Stevensville, Maryland 21666
(443) 527-9111
*Attorney for Plaintiff*

_____
G. Stewart Webb, Jr. (Bar No. 00828)
Andrew Gendron (Bar No. 05111)
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400
*Attorneys for Defendant Venable LLP*

SO ORDERED, this ___9th___ day of June, 2011.

_____
Richard D. Bennett
United States District Judge

BA2/4182003.3

2